McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751





JUN 2 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 07-MJ-0207 KJM |
| Plaintiff, | |
| v. | ORDER UNSEALING CRIMINAL COMPLAINT AND AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT |
| Larry Sixto AMARO, "Paqui," Gerardo Lopez MORA, "Jerry," Ernest Paul KILLINGER, "Powder," Fernando VILLALPANDO, "Chiclin," Jason Michael STEWART HANSON, "Red," Alvaro Cobian GOMEZ, Bismark Martin OCAMPO, "Nico," Benjamin SANTOS CASTRO, "Reaper" Marco Anthony GOMEZ, Jr., "Silky," Edward FUENTES, Richard MENDOZA, Ernesto Bravo TEJEDA, Leo TORRES, David Perez RAMIREZ, Faustino GONZALES, Oscar Campos PADILLA, Robert FARIAS, "Raptor," Jose Angel VILLASENOR, "Pepito," Thurman Lee MAXWELL, Andrea CADENA, Manuel Samora CADENA, Pedro Anthony RIOS, III, Sophia Corella SANCHEZ, and Valdemar Salazar CAMBUNGA, | |
| Defendants. | |

1   Upon Application of the United States of America and good
2  cause having been shown,
3   IT IS HEREBY ORDERED that the criminal complaint and
4  Affidavit in support of the criminal complaint in the
5  above-captioned matter be, and is, hereby ordered UNSEALED.

8  DATED: 6/27/07

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE