```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
MARY L. GRAD
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>         Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br> MARIO DIAZ, et al.,          )<br>                              )<br>_____) | Case No. CR-S-07-0248 WBS<br><br>GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANTS PEDRO ANTHONY RIOS III AND ERNESTO BRAVO TEJEDA AND [~~PROPOSED~~] ORDER |

   The United States of America, through its attorneys of record, Assistant U.S. Attorneys Jason Hitt and Mary L. Grad, hereby moves for an order dismissing the indictment against defendant Ernesto Bravo TEJEDA and Pedro Anthony RIOS III pursuant to Federal Rule of Criminal Procedure 48(a).

   <u>Background</u>

   On July 11, 2007, a Sacramento federal Grand Jury returned a superseding indictment against defendant Ernesto Bravo TEJEDA and defendant Pedro Anthony RIOS III along with others in a large-scale conspiracy to distribute and possess with intent to distribute marijuana, heroin, at least 5 kilograms of cocaine, and at least 50

1 grams of methamphetamine (actual) in violation of 21 U.S.C.
2 §§ 841(a)(1) and 846, Case No. CR-S-07-0248 WBS.

3 <u>Defendant Ernesto Bravo TEJEDA</u>

4 Based upon the government's ongoing investigation, the
5 undersigned hereby moves to dismiss the sole count (Count One)
6 against Ernesto Bravo TEJEDA in Case No. CR-S-07-0248 WBS in the
7 interests of justice pursuant to Rule 48(a).

8 <u>Defendant Pedro Anthony RIOS</u>

9 On August 3, 2007, defendant Pedro Anthony RIOS III died.
10 Attached to this motion as Exhibit A is a certificate confirming his
11 death.  Accordingly, pursuant to Rule 48(a), the government moves to
12 dismiss Counts One and Three against Pedro Anthony RIOS III in Case
13 No. CR-S-07-0248 WBS.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED:   January 23, 2008        By:/s/Jason Hitt
                                     JASON HITT
                                     Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

1. Count One of the Superseding Indictment in Case No. CR-S-07-0248 WBS as to defendant Ernesto Bravo TEJEDA is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a); and

2. Counts One and Three of the Superseding Indictment in Case No. CR-S-07-0248 WBS as to defendant Pedro Anthony RIOS III are hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: January 23, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE